IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARILYN DONALD and CHARLES DONALD, as next-of-kin and wrongful-death representatives of the late Marcus Donald, and in their individual capacities, ) ) ) ) ) | |
| Plaintiff, ) ) | No. 2:23-cv-02738-TLP-atc |
| v. ) ) | JURY DEMAND |
| FLOYD BONNER, Jr., et al. ) ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO OMIT COMPLAINT EXHIBITS E–EE FROM SERVICE OF PROCESS ON REMAINING DEFENDANTS**

Plaintiffs move for Leave to Omit Complaint Exhibits E–EE from Service of Process on Remaining Individual Defendants. (ECF No. 12.) At the time of Plaintiff's motion, three Defendants—Sheriff Floyd Bonner, Chief Kirk Fields, and the Government of Shelby County, Tennessee—have retained counsel and accepted service of process. Since then, Plaintiff has served three more Defendants. Now Plaintiffs must serve the remaining Defendants and request leave to omit 346 pages of documents that comprise Exhibits E–EE to the Complaint.

For the reasons set forth in the motion, this Court finds good cause to **GRANT** Plaintiffs leave to effect service of process on the remaining Defendants by personally serving each with copies of:

(1) the Complaint

(2) Complaint Exhibits A, B, C, and D;

(3) an individualized summons; and

(4) in lieu of copies of Complaint Exhibits E–EE, a letter containing this language:

Dear Defendant:

You have been served with a copy of the Complaint; Exhibits A–D to the Complaint; and a summons in the above-referenced matter. The Complaint references an additional 26 Exhibits, totaling 346 pages. Those additional Exhibits are on file with the federal District Court for the Western District of Tennessee, and your attorney will know how to access them. Additionally, my office will provide you with electronic or paper copies of Exhibits E–EE, at our expense, upon your request. Should you choose to represent yourself, please contact me directly at the information below. Otherwise, please provide your attorney with a copy of this letter.

**SO ORDERED**, this 2nd day of February, 2024.

                                            s/Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE