IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARILYN DONALD and CHARLES
DONALD, as next of kin and personal
Representatives of MARCUS DONALD,

    Plaintiffs,

vs.

FLOYD BONNER, Jr.; KIRK FIELDS;
TERRI PARKER; FILMORE VARNER;
T. JOHNSON; D. "HOT ROD" ROBERTSON;
G. SMITH; T. BAKER; DONTREAL
HAWKINS; KIMBERLY WALLACE;
BRENDA MCCOY f/k/u GRANDBERRY; and
the GOVERNMENT of SHELBY COUNTY,
TENNESSEE,

    Defendants.

Case No.: 2:23-cv-02738-TLP-atc

## NOTICE BY SHELBY COUNTY OF JOINING IN DEFENDANT FLOYD BONNER'S MOTION TO STAY DISCOVERY (D.E. 77)

Defendant, Shelby County, Tennessee, ("Shelby County"), states that it joins Defendant Floyd Bonner's ("Sheriff Bonner") Motion to Stay discovery. For cause Shelby County states as follows:

Shelby County joins in Sheriff Bonner's well-reasoned Motion to Stay Discovery in this case until all the individual Defendants who, like Sheriff Bonner, raised qualified immunity as a defense from this lawsuit.

1

Respectfully submitted,

/s/ Robert D. Meyers
Robert D. Meyers (TN #12187)
Aubrey B. Greer (TN #35613)
Glankler Brown, PLLC
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119
Telephone: (901) 525-1322
Facsimile: (901) 525-2389
rmeyers@glankler.com
agreer@glankler.com
*Attorneys for Defendant, Shelby County*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically via email on the following, this the 22nd day of May, 2024:

| | |
|---|---|
| Jacob Webster Brown, Esq.<br>Sara Katherine McKinney, Esq.<br>Apperson Crump, PLLC<br>6000 Poplar Avenue, Suite 150<br>Memphis, Tennessee 38119<br>jbrown@appersoncrump.com<br>smckinney@appersoncrump.com<br><br>Benjamin Crump, Esq.<br>Ben Crump Law, PLLC<br>633 Pennsylvania Avenue Northwest, 2nd Fl.<br>Washington, D.C. 20004<br>ben@bencrump.com<br><br>*Attorneys for Plaintiffs* | Allan J. Wade<br>Brandy S. Parrish<br>The Wade Law Firm, PLLC<br>5050 Poplar Avenue, Suite 1028<br>Memphis, Tennessee 38157<br>awade@thewadefirm.com<br>bparrish@thewadefirm.com<br><br>*Attorneys for Defendant, Floyd Bonner, Jr.* |

/s/Robert D. Meyers

4884-7029-4465, v. 1

2