UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:23-cv-02738-TLP-atc | Case title: Marilyn Donald and Charles Donald v Floyd Bonner, Jr., et al |
|---|---|
| Plaintiff counsel: Jacob Webster Brown, Sara Katherine McKinney, William Ruddell Faulk, | |
| Defendant counsel: Allan J. Wade, Brandy S. Parrish, Robert D. Meyers, Aubrey Brode Greer, Danielle N. Rassoul, Miriam Greer Bryant | |
| Presiding Judge: Hon. Thomas L. Parker | Mediator: John D. Burleson / Danese K. Banks |

I, John D. Burleson/Danese K. Banks, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on October 29, 2024.

As a result of that mediation held on October 29, 2024:

☐ The case has settled in whole.

　☐ Case settled prior to scheduling first mediation session.

　☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☑ The case has not settled.

　☐ Mediation will continue on _____.

　☐ The parties may schedule another session at a later date.

　☑ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Jacob Webster Brown
Sara Katherine McKinney
William Ruddell Faulk
Apperson Crump, PLC
6000 Poplar Avenue, Suite 150
Memphis, TN 38119
jbrown@appersoncrump.com
smckinney@appersoncrump.com
wfaulk@appersoncrump.com

Allan J. Wade
Brandy S. Parrish
Allan J. Wade, PLLC One Commerce Square, Suite 2275 Memphis, TN 38103
awade@thewadefirm.com
bparrish@thewadefirm.com

Robert D. Meyers
Aubrey Brode Greer
Danielle N. Rassoul
Miriam Greer Bryant
Glankler Brown, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119
rmeyers@glankler.com
agreer@glankler.com
drassoul@glankler.com
gbryant@glankler.com

Date: 10/30/2024   Electronic signature of Mediator:
　　　　　　　　　　s/ John D. Burleson/Danese K. Banks