IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| MARILYN DONALD and CHARLES DONALD, <br><br> *Plaintiffs*, <br> v. <br><br> FLOYD BONNER, Jr., *et al.* <br><br> *Defendants*. | Case No. 2:23-cv-02738 <br><br> **JURY DEMAND** |

## NOTICE OF CHANGE OF ADDRESS & FIRM AFFILIATION

### I.     NOTICE

Undersigned counsel for Plaintiff respectfully gives NOTICE of his change of address and firm affiliation. Please direct all future filings and correspondence in this matter to Jacob Webster Brown at the following new law firm and address:

Jacob Webster Brown
**MORGAN & MORGAN MEMPHIS, PLLC**
80 Monroe Avenue, Suite 900
Memphis, Tennessee 38103
*jake.brown@forthepeople.com*

Dated January 7, 2026.

                                              Respectfully submitted,

                                              */s/ Jacob Webster Brown*
                                              Jacob Webster Brown (TN 36404)
                                              **MORGAN & MORGAN MEMPHIS, PLLC**
                                              80 Monroe Avenue, Suite 900
                                              Memphis, Tennessee 38103
                                              Telephone:     (901) 296-2186
                                              Facsimile:      (901) 524-1740
                                              *jake.brown@forthepeople.com*

## II.   CERTIFICATE OF SERVICE

I certify that I file the foregoing notice on January 7, 2026, via the District Court's electronic-filing system and all counsel of record will be automatically served by operation of the same.

                                              /s/ Jacob Webster Brown