**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| MARILYN DONALD, as next-of-kin and wrongful death representative of the late MARCUS DONALD, in her individual capacity, and CHARLES DONALD, as next-of-kin and wrongful death representative of the late MARCUS DONALD, in his individual capacity, <br><br> Plaintiffs, <br><br> v. <br><br> FLOYD BONNER, JR., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 2:23-cv-02738-TLP-atc <br><br> JURY DEMAND |

### JUDGMENT AS TO FLOYD BONNER AND KIRK FIELDS ONLY

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiffs' Complaint,

filed on November 17, 2023.  (ECF No. 1.)  In accordance with the Order Granting Floyd

Bonner's and Kirk Fields' Rule 12(B) Motions to Dismiss (ECF No. 153), entered by the

Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH**

**PREJUDICE** as to Floyd Bonner and Chief Jailer Kirk Field only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

May 26, 2026
Date

1