IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| MARILYN DONALD and CHARLES DONALD, | |
| *Plaintiffs*, | Case No. 2:23-cv-02738 |
| v. | **JURY DEMAND** |
| FLOYD BONNER, Jr., *et al.* | |
| *Defendants*. | |

**NOTICE OF APPEAL**

**I.      NOTICE**

The Plaintiffs, Marilyn Donald and Charles Donald, here give notice that they respectfully appeal this Court's May 26, 2026, order (ECF No. 153) granting Defendant Kirk Fields' Rule 12(b)(6) motion to dismiss, and the corresponding judgment (ECF No. 155) of even date, to the United States Court of Appeals for the Sixth Circuit. Plaintiffs appeal the May 26 order as to Fields only.

Dated June 15, 2026.

Respectfully submitted,

*/s/ Jacob Webster Brown*
Jacob Webster Brown (TN 36404)
**MORGAN & MORGAN MEMPHIS, PLLC**
80 Monroe Avenue, Suite 900
Memphis, Tennessee 38103
Telephone:    (901) 296-2186
Facsimile:    (901) 524-1740
*jake.brown@forthepeople.com*

## II.    CERTIFICATE OF SERVICE

I certify that I file the foregoing notice on June 15, 2026, via the District Court's electronic-filing system and all counsel of record will be automatically served by operation of the same.

*/s/ Jacob Webster Brown*