**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 08, 2026

Mr. Jacob Webster Brown
80 Monroe Avenue
Suite 900
Memphis, TN 38117

Mr. Aubrey B. Greer
Glankler Brown
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

Ms. Brandy Suzanne Parrish
Law Offices
One Commerce Square
Suite 2275
Memphis, TN 38103

Ms. Danielle N. Rassoul
Shelby County Attorney's Office
201 Poplar Avenue
Room 9-15
Memphis, TN 38103

    Re: Case No. 26-5534
       *Marilyn Donald, et al v. Floyd Bonner, Jr., et al*
       Originating Case No. 2:23-cv-02738

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: James
*On Behalf of Case Manager Joshua*
Direct Dial No. 5135647013

cc: Ms. Wendy R. Oliver

Enclosure

<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 26-5534

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jul 8, 2026
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| MARILYN DONALD, as next-of-kin and wrongful death representative of the late MARCUS DONALD, in her individual capacity; CHARLES DONALD, as next-of-kin and wrongful death representative of the late MARCUS DONALD, in his individual capacity,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>FLOYD BONNER, JR.; KIRK FIELDS; SHELBY COUNTY, TN; TIMOTHY JOHNSON; DONTREAL HAWKINS; KIMBERLY WALLACE; BRENDA MCCOY; BIANCA GRANDBERRY; TERRI PARKER,<br><br>        Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE |

O R D E R

Before:  SUTTON, Chief Judge; GIBBONS and WHITE, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Following the death of their son while he was in the Shelby County (Tennessee) Jail, Marilyn and Charles Donald filed a civil action against Sheriff Floyd Bonner, Jr., Chief Jailer Kirk Fields, Shelby County, and other individuals.  Five defendants were dismissed in 2024.  Bonner and Fields filed motions to dismiss, which the district court granted on May 26, 2026.  Claims remain against Shelby County, T. Johnson, Dontreal Hawkins, Kimberly Wallace, Brenda McCoy, Unknown Grandberry, and Terri Parker.  The Donalds have filed a notice of appeal from the May 26, 2026, order.

No. 26-5534

- 2 -

This court has appellate jurisdiction over final decisions of the district courts, 28 U.S.C. § 1291, and limited categories of interlocutory orders, *id.* § 1292; *see Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001). A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Hall v. Hall*, 584 U.S. 59, 64 (2018) (quoting *Ray Haluch Gravel Co. v. Cent. Pension Fund of Operating Eng'rs & Participating Emps.*, 571 U.S. 177, 183 (2014)).

The district court's May 26, 2026, order is not final because it did not dispose of all claims involved in this action and did not direct entry of a final, appealable judgment under Federal Rule of Civil Procedure 54(b). *See Liberty Mut. Ins. v. Wetzel*, 424 U.S. 737, 742-45 (1976); *Solomon v. Aetna Life Ins.*, 782 F.2d 58, 59-60 (6th Cir. 1986). Nor is the partial dismissal immediately appealable under either 28 U.S.C. § 1292 or the collateral order doctrine announced in *Cohen*. 337 U.S. at 546. And no final decision regarding the remaining claims has been entered during the pendency of this appeal. *See Gillis v. U.S. Dep't of Health & Hum. Servs.*, 759 F.2d 565, 569 (6th Cir. 1985). As a result, this court lacks appellate jurisdiction.

Accordingly, the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk